UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

Mobile Alabama Associates, LLC,

    Debtor.

Case No. 09-04796
(Chapter 11)
Case Filed: April 23, 2009

_____/

## ORDER ESTABLISHING CLAIMS BAR DATE

At a session of said Court, held in Grand Rapids, Michigan on _____

PRESENT:    HON. SCOTT W. DALES
                     Bankruptcy Judge

IT APPEARING TO THE COURT from a review of the files and records herein and the Debtor's Motion to Establish Claims Bar Date (the "Debtor's Motion") that the Debtor has filed a Motion whereby it seeks to establish September 30, 2009 as the claims bar date in these Chapter 11 proceedings;

AND IT FURTHER APPEARING that the Debtor's Motion was noticed out to all creditors herein as their names appear on the matrix, as amended, on file with this Court, and that no party has filed an objection or other response to the Debtor's Motion and that good and just cause exists for the establishment of a claims bar date herein and that, for the reasons stated in the Debtor's Motion, September 30, 2009 appears to be a suitable time by which all creditors should be compelled to file a Proof of Claim for the amounts they claim are due to them, from the Debtor;

NOW, THEREFORE, IT IS HEREBY ORDERED that all creditors and other interested parties shall have until September 30, 2009 to file a Proof of Claim herein by filing the same with the Clerk, U.S. Bankruptcy Court, One Division Ave., N.W., Room 200, Grand Rapids, Michigan 49503, or otherwise through electronic means;

IT IS FURTHER ORDERED that all claims filed on or before September 30, 2009 shall be deemed to be timely filed;

IT IS FURTHER ORDERED that a copy of this Order together with a suitable Proof of Claim form be served upon all creditors, and other interested parties, as their names appear on the matrix, as amended, on file with this Court.

_____
Bankruptcy Judge

THIS DOCUMENT DRAFTED BY
AND ATTESTED COPIES RETURNED
TO LARRY A. VER MERRIS FOR
SERVICE UPON PARTIES NAMED
ABOVE:

_____

LAVM/mld
LAV\Mobile Alabama Associates, LLC 6641\001
**PLD ORD ESTABLISH CL BAR DATE 7-10-09.doc**

## END OF ORDER

**Signed: August 17, 2009**

Hon. James D. Gregg
United States Bankruptcy Judge